# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No.  04-CR-403-B

UNITED STATES OF AMERICA,

        Plaintiff,

v.

15.  OSCAR ZAPATA, a/k/a "Karin",

        Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

    The Motion to Waive Appearance (Doc 715 - filed May 1, 2006) is **GRANTED**. Defendant Oscar Zapata and his counsel, Charles W. Elliott, are excused from attending the hearing presently set May 5, 2006.

Dated:  May 2, 2006